July 16, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

GASTAR EXPLORATION LTD, Appellant

NO. 14-12-00118-CV                                        V.

U. S. SPECIALTY INSURANCE CO. AND AXIS INSURANCE CO., Appellees

_____

This cause, an appeal from the judgment in favor of appellees, U. S. Specialty Insurance Co. and Axis Insurance Co., signed January 4, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid, jointly and severally, by appellees, U. S. Specialty Insurance Co. and Axis Insurance Co.

We further order this decision certified below for observance.